

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 17, 2025

**BY ECF**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Letter Motion GRANTED.  The status conference is adjourned from March 19, 2025 to **May 21, 2025 at 11:30 a.m.**  Speedy trial time is excluded until May 21, 2025.  The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the Defendant in a speedy trial because of the parties continued need to review discovery and discuss potential pretrial resolution.

**SO ORDERED.**

Dated: March 17, 2025
        New York, New York

*Jennifer Rochon*
**JENNIFER L. ROCHON**
United States District Judge

Re:    *United States v. Anastacio Soto Vega*, S2 23 Cr. 136 (JLR)

Dear Judge Rochon:

    The Government writes, with the consent of defendant Anastacio Soto Vega, to respectfully request that the status conference currently scheduled for March 19, 2025, at 10 a.m., be adjourned for approximately 60 days. The parties respectfully submit that the proposed adjournment would serve the ends of justice and judicial economy by allowing the parties to continue their ongoing negotiations regarding a potential pretrial disposition, and so that defense counsel can review the discovery in this case. For the same reasons, the Government, with the consent of the defendant, also respectfully requests that the Court exclude time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), until the date of the next conference.

    Respectfully submitted,

    MATTHEW PODOLSKY
    Acting United States Attorney

by: _____/s/_____
    Nicholas S. Bradley / Sarah L. Kushner /
    Jane Chong / David J. Robles
    Assistant United States Attorneys
    (212) 637-2263

cc:    Cory Garcia, Esq. (by ECF)