

245 MAIN STREET, SUITE 420  
WHITE PLAINS, NY 10601  
corygarcia911@gmail.com

P 917.270.0894  
O 914.705.3745  
corygarcialaw.com

May 15, 2025

**Via E-Mail**

Honorable Jennifer Rochon  
United States District Judge  
Southern District of New York  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl Street  
New York, New York 10007-1312

    Re:  *United States v. Anastacio Soto Vega*, 23 Cr. 136 (JLR)

Dear Judge Rochon:

    I represent Anastacio Soto Vega in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A. The purpose of this letter is to request to adjourn the status conference currently scheduled for Wednesday, May 21, 2025. Co-counsel Ken Womble was assigned to this case last week and we request additional time to continue to review the voluminous discovery with our client. We request a forty-five-day adjournment, to the week of July 7, 2025, or thereafter to a date convenient to the Court.

    The Government consents to the adjournment. Defense counsel consents to the requested time being excluded pursuant to the Speed Trial Act, 18 U.S.C. §3161(h)(7)(A).

    The Court's time and attention to this request is greatly appreciated.

Respectfully submitted,

*Cory Garcia*

Cory Garcia, Esq.

Request GRANTED. The status conference shall be adjourned to July 8, 2025 at 10:00 a.m. The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the defendants in a speedy trial because of the parties continued need to review discovery and discuss pretrial resolution.

Dated: May 16, 2025  
New York, NY

**SO ORDERED.**

*Jennifer Rochon*  
**JENNIFER L. ROCHON**  
**United States District Judge**