

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 27, 2025

**BY ECF**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    *United States v. Anastacio Soto Vega*, S2 23 Cr. 136 (JLR)

Dear Judge Rochon:

    The Government writes, with the consent of defendant Anastacio Soto Vega, to respectfully request that the status conference currently scheduled for October 29, 2025, be adjourned for approximately 30 days. The parties respectfully submit that the proposed adjournment would serve the ends of justice and judicial economy by allowing the parties to continue their ongoing negotiations regarding a potential pretrial disposition. For the same reason, the Government, with the consent of the defendant, also respectfully requests that the Court exclude time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), until the date of the next conference.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

by: _____/s/_____
    Nicholas S. Bradley / Sarah L. Kushner /
    Jane Chong / David J. Robles
    Assistant United States Attorneys
    (212) 637-2263

cc:    Cory Garcia, Esq.
        Ken Womble, Esq.

---

Letter Motion GRANTED. The status conference is adjourned from October 29, 2025 to **December 4, 2025 at 11:00 a.m.** Speedy trial time excluded until December 4, 2025. The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the Defendant in a speedy trial because of the need for the Defendant to further discuss potential resolution of this case.

Dated: October 27, 2025
        New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**