

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 2, 2025

**BY ECF**

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

>     Re:    *United States v. Anastacio Soto Vega*, S2 23 Cr. 136 (JLR)

Dear Judge Rochon:

The Government writes, with the consent of defendant Anastacio Soto Vega, to respectfully request that (i) the status conference currently scheduled for December 4, 2025, be adjourned *sine die* in light of the change-of-plea hearing now scheduled for January 20, 2026 at 1:30 p.m. and (ii) the Court exclude time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), until January 20, 2026. The ends of justice served by granting the exclusion outweigh the best interest of the public and the defendant in a speedy trial, as the defendant has elected to enter a guilty plea and the time would provide the parties an opportunity to prepare for the change-of-plea hearing.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____/s/_____
Nicholas S. Bradley / Jane Chong
Sarah L. Kushner / David J. Robles
Assistant United States Attorneys
(212) 637-2263

cc:    Cory Garcia, Esq.
Ken Womble, Esq.

Requests GRANTED.  The status conference currently scheduled for December 4, 2025 is adjourned to **January 20, 2026 at 1:30 p.m.**  Speedy trial time is excluded until January 20, 2026.  The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the Defendant in a speedy trial because of the need for the Defendant to plan for a resolution of this case.

**SO ORDERED.**

Dated: December 3, 2025
New York, New York

*Jennifer Rochon*
JENNIFER L. ROCHON
**United States District Judge**