
**Law office of**
**Cory Garcia, P.C.**

245 MAIN STREET, SUITE 420    **P** 917.270. 0894
WHITE PLAINS, NY 10601    **O** 914. 705. 3745
corygarcia911@gmail.com    **corygarcialaw.com**

June 16, 2026

**Via E-Mail**

First Letter Motion GRANTED.  The Sentencing is adjourned from July 9, 2026 to **September 23, 2026 at 10:30 a.m.**

Honorable Jennifer Rochon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Dated: June 17, 2026
        New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re:  *United States v. Anastacio Soto Vega*, 23 Cr. 136 (JLR)

Dear Judge Rochon:

Ken Womble and I represent Anastacio Soto Vega in the above-referenced matter. The purpose of this letter is to request a forty-five (45) day adjournment of the sentencing currently scheduled for Thursday, July 9, 2026. This is our first request for an adjournment of the sentencing. We respectfully request an adjournment of the sentencing to a date convenient to the Court during the second week of September 2026.

The Government consents to the adjournment.

The Court's time and attention to this request is greatly appreciated.

Respectfully submitted,

*Cory Garcia*
Cory Garcia, Esq.