**Raoul Zaltzberg, Esq.**

Zaltzberg Law
14 Wall Street, 20th Floor
New York, New York 10005

*Attorney at Law*

www.zaltzberglaw.com

(212) 609-1344
(212) 609-1345
Raoul@ZaltzbergLaw.com

September 3, 2026

**VIA ECF**

Hon. Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Request GRANTED. The sentencing is adjourned from September 23, 2026, to **December 16, 2026**, at **10:00 a.m.**

Dated: September 4, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**

Re: *United States v. Anastacio Soto Vega*
23 Cr 136 (JLR)

Dear Honorable Judge Rochon,

I represent Mr. Soto-Vega in the above matter, being assigned on July 14, 2026. I am writing, with the consent of the Government, to request a 90-day adjournment of Mr. Soto-Vega's sentencing, which is currently scheduled for September 23, 2026.

This is my first request. I am asking for more time to prepare the sentencing memorandum, have the PSR translated and given to my client (I have made numerous attempts to both mail and hand deliver to MDC the PSR and my client still has not gotten it. The Government has graciously agreed to assist me.), have my memo translated and given to my client, and to allow for more time to answer his many questions and concerns, as I get to know him and the case better.

Thank you in advance for your consideration.

Sincerely,
_________/s/_____________
Raoul Zaltzberg, Esq.

cc: Counsel of record